UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| HELEN ARP JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:09-cv-155 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) ) | Judge Mattice |
| Defendant. | ) | |

# ORDER

Plaintiff filed a Motion for Attorney Fees [Court Doc. 23] on March 31, 2010. Defendant did not file any response in opposition. United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on April 22, 2010 [Court Doc. 25]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS and ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Attorney Fees [Court Doc. 23] be granted, that Plaintiff be awarded attorney fees in the amount of $1,573.10, and that the fees be payable to Plaintiff in her name. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Attorney Fees [Court Doc. 23] is **GRANTED**. Plaintiff is entitled to attorney fees in the amount of $1,573.10, payable to Plaintiff in her name.

**SO ORDERED** this 11th day of May, 2010.

                                            <u>*/s/Harry S. Mattice, Jr.*</u>
                                                 HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE